COMMONWEALTH *vs.* CERTAIN INTOXICATING LIQUORS, John Trainor, claimant.

An averment in a complaint and warrant for the search of a dwelling-house that " the same is a place of common resort " is insufficient to describe that " a place of common resort is kept therein."

FOSTER, J.    This is a process under Gen. Sts. *c.* 86, § 42, to search for intoxicating liquor a tenement in a house occupied

by John Trainor, and must be deemed to be a process to search a dwelling-house. *Commonwealth* v. *Certain Intoxicating Liquors,* 6 Allen, 599.

The allegation relied upon to justify the search of this dwelling-house is in these words : " the same being a place of common resort." We cannot regard this phraseology as sufficient to satisfy the requirements of Gen. Sts. *c.* 86, § 43, by which " no warrant shall issue for the search of a dwelling-house unless a tavern, store, grocery, eating room or place of common resort is kept therein." There may be a place commonly resorted to or of common resort which is not kept as such by any person. But the statute contemplates a place kept for the purposes of common resort; *i. e.* appropriated to such purposes by the occupant, keeper or person having the control of the premises.

It has been adjudged that the averment that a defendant kept a tenement used for illegal gaming was not equivalent to one that he kept a tenement resorted to for that purpose. *Commonwealth* v. *Stahl,* 7 Allen, 304. The statute now under consideration calls for the application of a similar distinction, which the strict rules of criminal pleading require us to recognize and maintain.

*Exceptions sustained.   Proceedings to be quashed.*[*]

G. F. Verry & M. J. McCafferty, for the claimant.

C. Allen, Attorney General, for the Commonwealth.

---

[*] Similar decisions were made at the same term in the case of COMMONWEALTH *vs.* CERTAIN INTOXICATING LIQUORS, *Cornelius H. Mannix, claimant,* argued by the same counsel as was the foregoing case, and in the case of COMMONWEALTH *vs.* CERTAIN INTOXICATING LIQUORS, *Patrick McSweeney, claimant,* argued by *T. L. Nelson,* for the claimant, and *C. Allen,* Attorney General, for the Commonwealth.